PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD THARP, | ) | |
| | ) | CASE NO. 5:11CV1945 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| H&P CAPITAL, INC., *etc.*, | ) | |
| | ) | |
| Defendant. | ) | **DEFAULT JUDGMENT** |

For the reasons set forth in the Order filed contemporaneously with this Default Judgment, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is hereby rendered in favor of Plaintiff Leonard Tharp against Defendant H&P Capital, Inc. dba Horizon Capital Partners in the amount of $4,389.50 (statutory damages of $1,000.00 and an attorney's fee of $2,979.50, plus taxable costs in the amount of $410.00).

 June 28, 2012  /s/ Benita Y. Pearson 
Date Benita Y. Pearson
United States District Judge

(5:11CV1945)

CERTIFICATE OF SERVICE

A copy of the foregoing Default Judgment was filed electronically this 28th day of June, 2012. Notice of this filing will be sent to Dave Tannehill, Esq. by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this Default Judgment has also been sent by regular mail this 28th day of June, 2012 to H&P Capital, Inc. dba Horizon Capital Partners, c/o Duane C. Romanello, Registered Agent, 7960 Bay Meadows Way, Suite 300, Jacksonville, Florida 32256.

| | |
|---|---|
| June 28, 2012 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |